UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CATHERINE MARTINEZ,

        Plaintiff,

v.

OPTREND LLC, *doing business as The Shire II Apartments*, EVE RAMIREZ, and DEAN RAMIREZ,

        Defendants.

Case No. 3:22-CV-01034-AR

ORDER OF DISMISSAL

HERNÁNDEZ, District Judge:

        Plaintiff Catherine Martinez filed a complaint against Defendants OpTrend LLC, Eve Ramirez, and Dean Ramirez on July 14, 2022. (First Compl., ECF No. 1.) On July 15, 2022, the case was assigned by Magistrate Judge Jeffrey Armistead. On December 2, 2022, Judge Armistead issued an Order to Show Cause indicating that no waivers of service or proofs of service of the summons and complaint have been filed and that no action in the case had been

taken. (Order to Show Cause at 1, ECF No. 3.) Judge Armistead instructed Plaintiff to file proofs of service on defendants or file a written statement explaining the status of the case and why the case should not be dismissed for lack of prosecution, and that failure to do so by December 16, 2022, would result in dismissal of the action without prejudice under Local Rule 41-2 and Federal Rule of Civil Procedure 4(m). (*Id.* at 2.) Plaintiff has not taken additional action since that time.

    Accordingly, because Plaintiff has failed to comply with this Court's order, this action is dismissed without prejudice.

    IT IS SO ORDERED.

    DATED December 19, 2022.

                                              Marco A. Hernández
                                              United States District Judge